## JAMES JACKSON EX DEM. ROBERT ABBOTT AND JAMES ABBOTT *versus* JOHN STILES, JEAN BAPTISTE RIVARD AND JOSEPH CHOVIN

JOURNAL ENTRIES (1819): *Journal 2:* (1) Leave to amend notice denied, tenants in possession ruled to show cause, etc. *p. 670; (2) motion that rule be made absolute overruled *p. 689; (3) motion that notice be deemed sufficient overruled *p. 725; (4) declaration filed, motion for rule on tenants to appear and to enter into consent rule *p. 747. *Journal 3:* (5) Motion overruled *p. 42.

PAPERS IN FILE: [None]

*Office Docket*, MS p. 82, c. 19.

## STEPHEN MACK, MICHAEL DOUSMAN AND SHUBAEL CONANT *versus* SETH GROSVENOR, STEPHEN K. GROSVENOR AND REUBEN B. HEACOCK, MERCHANTS IN COMPANY TRADING UNDER THE FIRM OF GROSVENOR & HEACOCK

JOURNAL ENTRIES (1819–21): *Journal 2:* (1) Continued *p. 676. *Journal 3:* (2) Settled *p. 161.

PAPERS IN FILE: (1) Affidavit and precipe for attachment; (2) capias; (3) writ of attachment and return; (4) sheriff's fee bill.

*Office Docket*, MS p. 47, c. 3; p. 48, c. 1.